UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| **DUSTON MATURIN** | **CASE NO. 6:21-CV-01690** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **ANDREW SAUL** | **MAGISTRATE JUDGE CAROL B. WHITEHURST** |

## JUDGMENT

For the reasons stated in the Report and Recommendation [Doc. No. 20] of the Magistrate Judge, and after an independent review of the record and the Objection [Doc. No. 21] filed by Plaintiff Duston Maturin, having determined that the findings and recommendations are correct under the applicable law;

**IT IS ORDERED, ADJUDGED, AND DECREED** that the decision of the Commissioner of the Social Security Administration is **AFFIRMED**, and this matter is **DISMISSED WITH PREJUDICE.**

**THUS, DONE AND SIGNED** in Monroe Louisiana, on this 17th day of October 2022.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE